UNITED STATES of America,
Appellee,

v.

David Brian BERN, Appellant.

No. 06–1746.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 19, 2007.

Filed: March 20, 2007.

Shawn S. Wehde, U.S. Attorney's Office, Sioux City, IA, for Appellee.

David Brian Bern, Oxford, WI, pro se.

Forest David Eastman, Clear Lake, IA, for Appellant.

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

David Bern appeals his sentence of 300 months in prison, a variance below the advisory Guidelines range of 360 months to life, imposed by the district court[1] following a remand for resentencing pursuant to *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), *see United States v. Bern*, 156 Fed.Appx. 861 (8th Cir.2005) (unpublished per curiam). For reversal, Bern argues that recent Supreme Court decisions warrant re-examination of whether the preponderance-of-the-evidence standard of proof is sufficient for purposes of sentencing enhancements.

[1]. The Honorable Mark W. Bennett, United States District Judge for the Northern District

We disagree. *See United States v. Pirani*, 406 F.3d 543, 551 n. 4 (8th Cir.) (en banc) *(Booker* does not require sentencing judges to find sentence-enhancing facts beyond reasonable doubt), *cert. denied,* —— U.S. ——, 126 S.Ct. 266, 163 L.Ed.2d 239 (2005).

Accordingly, we affirm the judgment of the district court.